# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAC METAL SALES, INC.** | **CIVIL ACTION NO. 2:25-00422** |
| versus | |
| **INGRAM BARGE CO., LLC, M/V LOWLANDS FIDELITY, SK SHIPPING CO., LTD., PORTS AMERICA LOUISIANA, LLC and/or PORTS AMERICA SERVICES, INC., MARINE INSPECTION, LLC, and MID-SHIP LOGISTICS, LLC** | **JUDGE SARAH S. VANCE** <br><br> **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes Defendant, Ingram Barge Company LLC ("Ingram"), which respectfully requests a 21-day extension of its deadline for filing pleadings in response to the Cross-Claim of Mid-Ship Logistics, LLC ("Mid-Ship") (Rec. Doc. 80). Ingram certifies that there has been no previous extension of time requested by Ingram to respond to Mid-Ship's Cross-Claim, and further certifies that Mid-Ship has no objection to the extension requested herein.

WHEREFORE, Ingram Barge Company LLC respectfully requests a 21-day extension of time, until March 3, 2026, to prepare and file pleadings in response to the Cross-Claim of Mid-Ship.

Respectfully submitted:

*/s/ Rachael F. Gaudet*
Karen Waters Shields (#27320)
karen.shields@keanmiller.com
Zoe W. Vermeulen (#34804)
zoe.vermeulen@keanmiller.com
Rachael F. Gaudet (#35771)
rachael.gaudet@keanmiller.com

1

**KEAN MILLER LLP**
909 Poydras St., Suite 3600
New Orleans, LA 70112
Tel: (504) 585-3050
Fax: (504) 585-3051

*Attorneys for Ingram Barge Company LLC*