UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAC METAL SALES, INC.                                              CIVIL ACTION

VERSUS                                                                      NO. 25-422

INGRAM BARGE CO, LLC ET AL.                                SECTION "R" (4)

### ORDER AND REASONS

Before the Court is an unopposed motion from defendant Mid-Ship Logistics to continue the trial date and other scheduling deadlines.[1] For the following reasons, the Court grants the motion.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension." *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned up). Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996). In deciding whether to grant a continuance, the Court's "judgment range is exceedingly wide, for . . . [it] must consider not only the facts of the

---

[1]     R. Doc. 85.

1

particular case but also all of the demands on counsel's time and the court's." *Streber v. Hunter*, 221 F.3d 701, 736 (5th Cir. 2000) (quoting *HC Gun & Knife Shows, Inc. v. City of Houston*, 201 F.3d 544, 549-50 (5th Cir. 2000) (cleaned up)).

The Court finds that the parties have pursued discovery in good faith and cannot reasonably meet the extant deadlines. The Court GRANTS the motion to continue the trial date and all associated deadlines. The new scheduling conference will be held **BY TELEPHONE** on **March 26, 2026 at 10:00 am** for the purpose of re-scheduling the pre-trial conference and trial on the merits. All deadlines established in the scheduling order on August 15, 2025 which have expired are not reset; all unexpired deadlines are reset. The parties shall call in for the teleconference using phone number (833) 990-9400 and access code 124518418. The Court will be represented by its Case Manager.

New Orleans, Louisiana, this 19th day of February, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE